

FILED

09/18/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0551

## IN THE SUPREME COURT OF THE STATE OF MONTANA

### DA 24-0551

_____

STATE OF MONTANA,

    Plaintiff and Appellee,

v.

CHARLES FABIEN IDHEN,

    Defendant and Appellant.

_____

ORDER

FILED

SEP 1 8 2024

Bowen Greenwood
Clerk of Supreme Court
State of Montana

Charles Fabien Idhen moves this Court for appointment of counsel in his appeal of a criminal judgment, attached to his Notice of Appeal. Idhen provides, as grounds, that he is financially unable to afford to retain private counsel to assist him and that his conviction could result in possible incarceration.

Idhen appeals a July 24, 2024 Yellowstone County District Court Judgment where the court committed him to the Department of Corrections for two felony offenses.

Idhen has recent convictions and sentences. He may be entitled to appointment of counsel in this appeal. Section 46-8-103(1), MCA. Therefore,

IT IS ORDERED that Idhen's Motion for Appointment of Counsel is GRANTED. The Appellate Defender Division shall have thirty days from the date of this Order within which to file either a Notice of Appearance or a Motion to Rescind this Order appointing counsel. The Appellate Defender Division shall order any other necessary transcripts.

The Clerk of the Supreme Court is directed to provide a copy of this Order to: the Appellate Defender Division, counsel of record, and Charles Fabien Idhen personally.

DATED this 18 day of September, 2024.

For the Court,

By _____

Chief Justice